# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MATLOCK,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTHLAND GROUP, INC.,<br>　　　　Defendants. | ) Case No. CV13-05456-DMG(PJWx)<br>)<br>)<br>) **ORDER DISMISSING CASE WITH**<br>) **PREJUDICE PURSUANT TO**<br>) **Fed.R.Civ.P. 41(a)(1)(ii)**<br>) **[22]**<br>)<br>)<br>)<br>) |

**IT IS HEREBY ORDERED THAT** pursuant to the Parties' stipulation under Fed. R. Civ. P. 41(a)(1)(ii), this entire action is dismissed with prejudice, with each side to bear its own attorney's fees and costs.

DATED: July 24, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -

**ORDER DISMISSING CASE WITH PREJUDICE**